PS/CD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RICHARD PITCHER,

       Petitioner,                             Case # 19-CV-6350-FPG
                                                      TRANSFER ORDER

       v.

SUPERINTENDENT TOMES,

       Respondent.

---

*Pro se* Petitioner Richard Pitcher, an inmate at Five Points Correctional Facility, seeks relief under 28 U.S.C. § 2254. ECF No. 1. He challenges his conviction in the county court of Onondaga County, New York, which is located within the Northern District of New York. Because all records relating to Petitioner's underlying criminal conviction are located in the Northern District, the Court transfers the case there. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 499 (1973).

Accordingly, the Court ORDERS the transfer of this case to the United States District Court for the Northern District of New York.

IT IS SO ORDERED.

Dated: May 15, 2019
       Rochester, New York

                                                 HON. FRANK P. GERACI, JR.
                                                 Chief Judge
                                                 United States District Court